UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF WYOMING

FILED
DISTRICT OF WYOMING
U.S. DISTRICT COURT

JAN 22 2014

U.S. MAGISTRATE JUDGE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>MICHAEL A. DUREN,<br>Defendant. | MAGISTRATE DOCKET<br>#10-CR-342-L |

## ORDER UPON STATUS HEARING
## & IMPOSITION OF SENTENCE

### FINDINGS OF FACT

The Defendant having appeared in Court on January 7, 2014 @ 9:00 a.m. for a Status Hearing with respect to imposing a sentence upon the Defendant's prior entry of an Admission to violating the terms and conditions of his probation as filed on June 6, 2013.

The Defendant appeared in person with his attorney Christopher S. Leigh, and the United States appeared through Assistant United States Attorney Francis Leland Pico. The Court was advised of the amount of time the Defendant has spent at inpatient treatment and was advised as to how much time the Defendant had been incarcerated on a recent State DUI charge, and the amount of time the Defendant has spent on his pending detainer.

Further the Court was advised of the positions of the United States, and the United States Probation Office and the Defendant and his counsel with respect to the imposition of a sentence. The Court noted that the Defendant has not had any infractions while in

custody as was a Trustee at the Teton County Jail.

**IT IS ORDERED,**

That the Defendant's probation is revokes and he is sentenced to time served as of February 12, 2014.  The Defendant SHALL be released on February 12, 2014 @ 12:00 p.m. MST (noon).  The Defendant shall no longer be on probation.

DATED this 17 day of January, 2014.

JAMES K. LUBING
MAGISTRATE JUDGE